# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | CASE NO. 08-CR-30131–01-DRH |
| ) | |
| KEITH L. PITTMAN, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER AMENDING CONDITIONS OF RELEASE ON BOND**

This cases was called on February 18, 2009, for a Change of Plea Hearing. On the oral Motion of United States Probation, the Court AMENDS the previously entered Order Setting Conditions of Release (Doc. 10) to included the following:

(✓)  The Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

**DATED:** February 20, 2009

/s/     *David R Herndon*
**CHIEF JUDGE**
**U.S. DISTRICT COURT**